UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RACCOON VALLEY TRANSPORT,
INC. et al.,

                       Plaintiffs,

            - against -

ESPAR, INC.,

                       Defendant.
-----------------------------------------------------------X

ORDER

15-CV-1338 (JG) (JO)

JAMES ORENSTEIN, Magistrate Judge:

      Attorney Elizabeth A. Fegan, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By April 15, 2015, Ms. Fegan shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Ms. Fegan shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Ms. Fegan shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

      SO ORDERED.

Dated: Brooklyn, New York
       April 8, 2015

                                                                                     _____/s/_____
                                                                                   JAMES ORENSTEIN
                                                                                   U.S. Magistrate Judge