UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
RACCOON VALLEY TRANSPORT,
INC. et al.,

                       Plaintiffs,

          - against -

ESPAR, INC.,

                       Defendant.
----------------------------------------------------------X

ORDER

15-CV-1338 (JG) (JO)

JAMES ORENSTEIN, Magistrate Judge:

     Attorney Steve W. Berman, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By April 15, 2015, Mr. Berman shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Berman shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Berman shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

     SO ORDERED.

Dated: Brooklyn, New York
         April 8, 2015

                                                         /s/
                                         JAMES ORENSTEIN
                                         U.S. Magistrate Judge