UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RACCOON VALLEY TRANSPORT,
INC. et al.,

                       Plaintiffs,

            - against -

ESPAR, INC.,

                    Defendant.
-------------------------------------------------------X

                               ORDER

                               15-CV-1338 (JG) (JO)

JAMES ORENSTEIN, Magistrate Judge:

       Attorney Daniel J. Kurowski, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By April 28, 2015, Mr. Kurowski shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Kurowski shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Kurowski shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

       SO ORDERED.

Dated: Brooklyn, New York
       April 21, 2015

                              _____/s/_____
                              JAMES ORENSTEIN
                              U.S. Magistrate Judge