Law Offices
**COOPER & KIRKHAM, P.C.**

357 T<small>EHAMA</small> S<small>TREET</small>, S<small>UITE</small> 2
S<small>AN</small> F<small>RANCISCO</small>, C<small>ALIFORNIA</small>  94103
(415) 788-3030
F<small>AX</small>  (415) 882-7040

WRITER'S DIRECT CONTACT
(415) 788-3030 ext. 305
jdc@coopkirk.com

June 4, 2015

**VIA ECF**

The Honorable James Orenstein
United States Magistrate Judge
Courtroom 11D South
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *In re Espar Antitrust Litig.,* Case No. 1:15-MC-00940-JG-JO
            (Indirect Purchaser Actions Only)

Dear Judge Orenstein:

The undersigned counsel for Indirect Purchaser Plaintiffs submit this joint report pursuant to the May 22, 2015 Minute Order entered in *Raccoon Valley,*[1] *Regional International,*[2] and related direct purchaser actions.[3] Separate reports are being submitted by counsel for the Direct Purchaser Plaintiffs and counsel in *Raccoon Valley*. The May 22 Order directed plaintiffs to submit a report by June 5 after conferring (1) with respect to pending motions to appoint interim lead class counsel, and (2) to propose dates for further conferences. The Order also directed that if there was no agreement on the issue of class leadership by June 5, the report should propose a schedule for the submission of supplemental letters on that issue.[4]

---

[1] *Raccoon Valley Trans. Inc., et al. v. Espar, Inc.,* No. 15-cv-01338-JG-JO ("*Raccoon Valley*")

[2] *Regional Int'l Corp. v. Espar, Inc., et al.,* No. 15-cv-01798-JG-JO ("*Regional International*")

[3] *See, e.g.,* Civil Conference Minute Order, *Regional International,* ECF No. 23 (May 22, 2015).

[4] *Id.*

The Honorable James Orenstein
United States Magistrate Judge
United States District Court, Eastern District of New York
June 5, 2015
Page 2 of 4

### Appointment of Interim Lead Class Counsel

Since the Court's Order, two additional indirect-purchaser actions have been filed,[5] and counsel have been advised that a fifth indirect-purchaser case will be filed shortly. Counsel for all of the indirect-purchaser plaintiffs, including for the two newly-filed cases and the prospective case, have conferred in an attempt to agree upon a leadership structure to govern the indirect-purchaser cases. Despite such efforts, no agreed structure was reached.

Given these developments with the filing of additional actions, the undersigned indirect-purchaser counsel propose the following two step procedure. First, any counsel whose case was not on file as of May 22 would submit a motion requesting appointment as interim class counsel or such other role as they deem appropriate by **Friday, June 12.** Counsel in the *Raccoon Valley* and *Regional International* cases have already filed motions for appointment as interim class counsel and those motions would not be repeated. Counsel would then submit the "supplemental letters" contemplated by Paragraph 2 of the May 22 Minute Order by **Friday, June 19.** During this period, counsel would continue to confer and attempt to reach agreement on an indirect-purchaser leadership structure.

### Proposed Dates for Further Conferences

Defendants have proposed that the next status conference be scheduled for August 7, 2015, with quarterly conferences thereafter. This proposal is acceptable to the undersigned counsel.

Respectfully submitted,

_____/s/_____
Josef D. Cooper (*pro hac vice*)
COOPER & KIRKHAM, P.C.
357 Tehama Street
Second Floor
San Francisco, CA 94103

---

[5] *Davidson Transfer, LLC, v. Espar, Inc., et al.,* No. 15-cv-03005-WFK-CLP ("*Davidson Transfer*"); *Johnson, et al. v. Espar Inc,* No. 15-cv-03174-JG-JO ("*Johnson*"). The *Johnson* case has been consolidated into *In re Espar Antitrust Litig.* Counsel for Regional International Corp. filed a Notice of Related Case regarding the *Davidson Transfer* case on May 29, 2015, but it has not yet been consolidated. *See* ECF No. 2.

The Honorable James Orenstein
United States Magistrate Judge
United States District Court, Eastern District of New York
June 5, 2015
Page 3 of 4

          Telephone: (415) 788-3030
Facsimile: (415) 882-7040
Email: jdc@coopkirk.com

/s/
Francis O. Scarpulla (*pro hac vice*)
LAW OFFICES OF FRANCIS O. SCARPULLA
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Telephone:   (415) 788-7210
Facsimile:   (415) 788-0706
Email:  fos@scarpullalaw.com

*Counsel for Plaintiffs Regional International Corp. and Mead's Autotmotive, LLC*

/s/
Daniel C. Hedlund
GUSTAFSON GLUEK PLLC
120 South Sixth Street
Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dhedlund@gustafsongluek.com

/s/
Steven N. Williams
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: swilliams@cpmlegal.com

*Counsel for Plaintiff Davidson Transfer, LLC*

The Honorable James Orenstein
United States Magistrate Judge
United States District Court, Eastern District of New York
June 5, 2015
Page 4 of 4

        /s/
William M. Audet
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 568-2556
Email: waudet@audetlaw.com

        /s/
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
Two Commerce Square
2001 Market Street
Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
Email: jgittleman@barrack.com

*Counsel for Plaintiffs Thomas Johnson and Jim Steger*