

T 708.628.4949  F 708.628.4950

Steve W. Berman
Managing Partner
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
**Direct (206) 623-7292**
**Direct Fax (206) 623-0594**
**steve@hbsslaw.com**

June 15, 2015

*Via CM/ECF*

The Honorable James Orenstein
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *In re Espar Inc. Antitrust Litigation*
Case No. 1:15-mc-00940-JG-JO (Indirect Purchaser Actions Only)
Indirect Purchaser Case Organization

Dear Magistrate Judge Orenstein:

This letter responds to the June 12, 2015 letter filed by counsel for the *Regional International* Plaintiffs regarding one proposal for organizing the indirect purchaser actions.  *See generally* Dkt. # 26.  We write to advise the Court that the *Raccoon Valley* Plaintiffs intend to respond to this letter on or before June 19, 2015, the date previously set by the Court for parties to supplement any already filed motions to appoint interim class counsel.  *See generally* Order entered June 5, 2015.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP


/s/ *Steve W. Berman*
Steve W. Berman

CC:   All counsel of record via CM/ECF

SEATTLE   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   NEW YORK   PHOENIX   SAN FRANCISCO   WASHINGTON, D.C.

010505-11  787800 V1