UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IN RE ESPAR ANTITRUST LITIGATION

This Document Relates to:
*All Cases*

No. 15-MC-940 (JG) (JO)

JOINT STATUS REPORT

Pursuant to the Court's June 5, 2015 Order, the undersigned hereby submit this Joint Status Report.

I. **Cases Pending and Consolidated for Purposes of Pre-trial Discovery**

The following related cases have been filed and, pursuant to the Court's May 27, 2015 Order,[1] are consolidated for pre-trial discovery in the above-captioned matter:

A. **Direct Purchaser Actions**

- *Triple Cities Acquisition LLC v. Espar, Inc. and Espar Products Inc.*, No. 15-cv-1343 ("*Triple Cities*");
- *National Trucking Reclamation Financial Services v. Espar, Inc., Espar North America, Inc. and Espar Products Inc.*, No. 15-cv-2310 ("*National Trucking*");
- *Trailer Craft Inc. v. Espar, Inc., Espar Products, Inc., Webasto Products North America, Inc. and Webasto Thermo & Comfort North America, Inc.*, No. 15-cv-2411 ("*Trailer Craft*");
- *Guay Brothers Co. v. Espar, Inc., Espar Products Inc., John E. Bishop, Volker Hohensee, Webasto Products North America, Inc. and Webasto Thermo & Comfort North America, Inc.*, No. 15-cv-3225 ("*Guay Brothers*);
- *Myers Equipment Corp. v. Espar, Inc., Espar Products Inc., Webasto Products North America, Inc. and Webasto Thermo & Comfort North America, Inc.*, No. 15-cv-3872 ("*Myers Equipment*"); and
- *Advance Diesel Service v. Espar Inc., Espar Products, Inc., Webasto Products North America, Inc., Webasto Thermo & Comfort North America, Inc., Marine Canada Acquisition Inc. ("Advance Diesel") d/b/a/ Seastar Solutions, Proheat Mechanical Systems Inc., and Proheat Canada*, No. 15-cv-04350 *("Advanced Diesel").*

---

[1] ECF No. 28, *Raccoon Valley,* No. 15-cv-1338; ECF No. 28, *Triple Cities*, No. 15-cv-1343; ECF No. 24, *Regional International,* No. 15-cv-1798; ECF No. 19, *National Trucking,* No. 15-cv-2310; ECF No. 19, *Trailer Craft,* No. 15-cv-2411; and Advance Diesel, No. 15-cv-04350.

1

### B. Indirect Purchaser Actions

- *Raccoon Valley Transport, Inc. and Audrius Labaciauskas v. Espar, Inc.,* No. 15-cv-1338 ("*Raccoon Valley*");
- *Regional International Corp. and Mead's Automotive v. Espar, Inc.*, No. 15-cv-1798 ("*Regional International*");
- *Davidson Transfer, LLC v. Espar, Inc. and Espar Products, Inc.*, No. 15-cv-3005 ("*Davidson*");
- *Thomas Johnson and Jim Steger v. Espar, Inc.*, No. 15-cv-3174; and
- *North Jersey Truck Ctr., Inc. v. Espar, Inc. and Espar Products, Inc.*, No. 15-cv-3290 ("*North Jersey Truck*").

Defendants named in one or more of these actions include Espar, Inc., Espar Products Inc., Espar North America, Inc. (collectively, "the Espar Defendants"), Webasto Products North America, Inc., Webasto Thermo & Comfort North America, Inc. (collectively, "the Webasto Defendants"), former Espar executives Volker Hohensee and John E. Bishop, Marine Canada Acquisition Inc. d/b/a/ Seastar Solutions, Proheat Mechanical Systems Inc., and Proheat Canada.[2]

## II.     Leadership Motions

Competing motions and proposals for leadership appointments and leadership structure in both the IPP and DPP Actions are pending.[3]

---

[2] Complaints naming Espar entities only include: *Raccoon Valley, Regional International Corp., Davidson Transfer, LLC, Johnson, North Jersey Truck Center, Triple Cities Acquisition,* and *National Trucking Reclamation Services*. Complaints naming Webasto entities, in addition to Espar entities, include: *Trailer Craft, Inc., Guay Brothers, Myers Equipment Corporation and Advance Diesel Services*. In addition to Webasto and Espar entities, *Guay Brothers* named the two former Espar executives and *Advance Diesel* named the Proheat entities and Marine Canada Acquisition Inc.

[3] <u>Motions or proposals regarding the DPP leadership structure are:</u>

Mot. to Appoint Counsel, *Triple Cities,* No. 15-cv-1343 (E.D.N.Y. Apr. 22, 2015) (ECF No. 14) (seeking appointment of Hausfeld LLP as interim lead counsel); Mot. for Appointment of Interim Lead Counsel for DPPs, *Trailer Craft Inc.,* No. 15-cv-2411 (E.D.N.Y. May 18, 2015) (ECF No. 9) (seeking appointment of Cera LLP as interim lead counsel and Klafter Olsen and Lesser LLP as liaison counsel); Mot. to Consolidate and for Appointment of Counsel, *National Trucking*, No. 15-cv-2310 (E.D.N.Y. Apr. 28, 2015) (ECF No. 10) (seeking appointment of Roberts Law Firm as interim lead counsel); Mot. to Appoint Counsel Kaplan Fox & Kilsheimer LLP Interim Class Counsel for the Proposed Direct Purchaser Class, No. 15-mc-940 (E.D.N.Y. June 12, 2015) (ECF

### III. Status Conferences

Certain Parties have previously proposed that the Court hold quarterly status conferences commencing with the August 7, 2015 status conference. *See* ECF No. 6 (Joint Report of Certain Indirect Purchasers Counsel), ECF No. 8 (Status Report by Triple Cities).

---

No. 25) (seeking appointment of Kaplan Fox as lead or co-lead counsel); Status Report submitted by Triple Cities, No. 15-mc-940 (E.D.N.Y. June 5, 2015) (ECF No. 8) (noting amenability to an executive committee if a chair is appointed with certain enumerated responsibilities); Letter from Kaplan Fox, Cera LLP and the Roberts Law Firm to Hon. James Orenstein, No. 15-mc-940 (E.D.N.Y. June 5, 2015) (ECF No. 9) (proposing a four member DPP executive committee, noting unresolved issues related to chair of committee); Letter (Supplemental) in Supp. of Appointment of Hausfeld LLP & Roberts Law Firm as Co-Lead Counsel, No. 15-mc-940 (E.D.N.Y. June 19, 2015) (ECF No. 28) (proposing two-firm co-lead structure with Hausfeld LLP and Roberts Law as co-leads); Letter to Hon. James Orenstein pursuant to Order of June 9, 2015, No. 15-mc-940 (E.D.N.Y. June 19, 2015) (ECF No. 30) (proposing four-firm executive committee chaired by Cera LLP, Kaplan Fox, or Hausfeld LLP); Mot. to Appear by Telephone and letter to Hon. James Orenstein by Myers Equipment Corp., No 15-mc-940 (E.D.N.Y. July 7, 2015) (ECF No. 35) (supporting two-firm co-lead structure proposed by Hausfeld LLP and Roberts Law, or, if the court appoints an executive committee, membership on that committee).

Motions or proposals regarding the IPP leadership structure are:

Pls.' Mot. to Appoint Steve W. Berman as Interim Lead Class Counsel for IPPs (ECF No. 17), *Raccoon Valley,* No. 15-cv-1338 (E.D.N.Y. Apr. 15, 2015) (seeking appointment of Steve Berman and Hagens Berman Sobol Shapiro LLP as sole lead counsel for IPPs); Pls. Regional International Corp. and Mead's Automotive, LLC's Mot. Re: Appointment of Interim Co-Lead Class counsel for Indirect Purchaser Plaintiffs, *Regional International*, No. 15-cv-1798 (E.D.N.Y. Apr. 15, 2015) (ECF No. 17) (seeking appointment of Law Offices of Francis Scarpulla and Cooper & Kirkham, P.C. as interim co-lead counsel for IPPs); Mot. to Appoint Counsel: Joint Letter of Certain Indirect Purchaser Counsel Pursuant to Order Dated June 5, 2015, No. 15-mc-940 (E.D.N.Y. June 12, 2015) (ECF No. 26) (proposing executive committee structure with Regional International's counsel as co-chairs and appointment of liaison counsel).

*See also* Resp. to [Regional International Pls.'] Mot. to Appoint Counsel, *Regional International,* No. 15-cv-1798 (E.D.N.Y. May 21, 2015) (ECF No. 22) (Raccoon Valley Pls.' response to Regional International Pls.' motion for appointment of their counsel); Reply re: Mot. to Appoint Counsel, No. 15-mc-940 (E.D.N.Y. June 19, 2015) (Regional International Pls.' Reply to Raccoon Valley Pls.' Resp. re: Regional International Pls. motion for appointment of their counsel); Interim Response to Joint Letter [at ECF No. 26], No. 15-mc-940 (E.D.N.Y. June 15, 2015) (ECF No. 27) (Raccoon Valley Plaintiffs' interim response to IPP leadership committee proposal); Response to Joint Letter [at ECF No. 26], No. 15-mc-940 (E.D.N.Y. June 19, 2015) (ECF No. 31).

**IV.     Case Caption**

The Court previously consolidated the pending cases for pre-trial purposes under the caption *In re Espar Antitrust Litigation*.  However, these consolidated cases now involve multiple defendants in addition to the Espar Defendants: the Webasto Defendants, Proheat Mechanical Systems, Inc., Proheat Canada, Marine Canada Acquisition Inc., d/b/a/ Seastar Solutions, and individual defendants Volker Hohensee and John Bishop.  The parties therefore request that the Court change the caption set forth in its May 28, 2015 Order to *In re Parking Heaters Antitrust Litigation* to reflect more accurately the current scope of the consolidated cases.

Dated: July 31, 2015                                                                        Respectfully submitted,

| s/ *Francis O. Scarpulla* | /s/ *Bonny E. Sweeney* |
|---|---|
| Francis O. Scarpulla | Bonny E. Sweeney |
| LAW OFFICES OF FRANCIS O. SCARPULLA | HAUSFELD LLP |
| 456 Montgomery Street | 600 Montgomery Street, Suite 3200 |
| 17th Floor | San Francisco, CA 94111 |
| San Francisco , CA 94104 | Telephone: (415) 633-1908 |
| Telephone: (415)788-7210 | Facsimile: (415) 358-4980 |
| E-mail: fos@scarpullalaw.com | Email: bsweeney@hausfeld.com |
| | |
| Josef D. Cooper | Michael D. Hausfeld |
| Tracy R. Kirkham | Seth R. Gassman |
| John D. Bogdanov | HAUSFELD LLP |
| COOPER & KIRKHAM, P.C. | 1700 K St. NW, Suite 650 |
| 357 Tehama Street, Second Floor | Washington, D.C. 20006 |
| San Francisco, CA  94103 | Telephone: (202) 540-7200 |
| Telephone: (415) 788-3030 | Facsimile: (202) 540-7201 |
| Facsimile: (415) 882-7040 | Email: mhausfeld@hausfeld.com |
| E-mail:  jdc@coopkirk.com | sgassman@hausfeld.com |
| trk@coopkirk.com | |
| jdb@coopkirk.com | |
| | |
| *Counsel for Indirect Purchaser Plaintiff Regional International Corp. and Mead's Automotive, LLC* | *Counsel for Direct Purchaser Plaintiff Triple Cities Acquisition LLC d/b/a Cook Brothers Truck Parts* |

| | |
|---|---|
| */s/ W. Joseph Bruckner*<br>W. Joseph Bruckner<br>Heidi M. Silton<br>Elizabeth R. Odette<br>Devona L. Wells<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>E-mail: wjbruckner@locklaw.com<br>hsilton@locklaw.com<br>erodette@locklaw.com<br>dlwells@locklaw.com<br><br>Steven N. Williams<br>Alexander E. Barnett<br>COTCHETT, PITRE & MCCARTHY, LLP<br>40 Worth Street, 10th Floor<br>New York, NY 10013<br>Telephone:: (212) 201-6820<br>Facsimile: (646) 219-6678<br>E-mail: swilliams@cpmlegal.com<br>abarnett@cpmlegal.com<br><br>*Counsel for Indirect Purchaser Plaintiff North Jersey Truck Center, Inc.* | */s/ Michael L. Roberts*<br>Michael L. Roberts<br>Debra G. Josephson<br>Stephanie E. Smith<br>THE ROBERTS LAW FIRM<br>20 Rahling Circle<br>Little Rock, AR 72223<br>Telephone: (501) 476-7391<br>Facsimile: (501) 821-4474<br>Email: mikeroberts@robertslawfirm.us<br>stephaniesmith@robertslawfirm.us<br>debrajosephson@robertslawfirm.us<br><br>Joseph C. Kohn<br>William E. Hoese<br>Douglas A. Abrahams<br>KOHN, SWIFT & GRAF, P.C.<br>One South Broad Street<br>Suite 2100<br>Philadelphia, PA 19107<br>Telephone: 215-238-1700<br>Facsimile: 215-238-1968<br>jkohn@kohnswift.com<br>whoese@kohnswift.com<br>dabrahams@kohnswift.com<br><br>Jonathan W. Cuneo<br>Taylor Asen<br>CUNEO GILBERT & LADUCA, LLP<br>16 Court Street, Suite 1012<br>Brooklyn, NY 11241<br>Telephone: 202.789.3960<br>Facsimile: 202.589.1813<br>Email: jcuneo@cuneolaw.com<br>tasen@cuneolaw.com<br><br>*Counsel for Direct Purchaser Plaintiff National Trucking Financial Reclamation Services* |
| */s/ Michael A. Toomey*<br>Michael A. Toomey<br>BARRACK, RODOS & BACINE<br>11 Times Square<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>Telephone: 212.688.0782<br>Facsimile: 212.688.0783 | */s/ Allan Steyer*<br>Allan Steyer<br>D. Scott Macrae<br>STEYER LOWENTHAL BOODROOKAS<br>ALVAREZ & SMITH LLP<br>One California Street<br>Suite 300<br>San Francisco, CA 94111 |

5

| | |
|---|---|
| Email: mtoomey@barrack.com<br><br>Gerald J. Rodos<br>Jeffrey B. Gittleman<br>Julie B. Palley<br>BARRACK, RODOS & BACINE<br>Two Commerce Square<br>2001 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Telephone: (215)963.0600<br>Facsimile: 215.963.0838<br>Email: grodos@barrack.com<br>jgittleman@barrack.com<br>jpalley@barrack.com<br><br>William M. Audet<br>Jonas P. Mann<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105-1938<br>Telephone: (415)568-2555<br>Facsimile: (415) 568-2556<br>waudet@audetlaw.com<br>jmann@audetlaw.com<br><br>*Counsel for Indirect Purchaser Plaintiffs Thomas Johnson and Jim Steger* | Telephone: (415) 421-3400<br>Facsimile: (415) 421-2234<br>Email: asteyer@steyerlaw.com<br>smacrae@steyerlaw.com<br><br>*Counsel for Direct Purchaser Plaintiff Myers Equipment Corp.* |
| /s/ Steve W. Berman<br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: 206-623-7292<br>Facsimile: 206-623-0594<br>Email: steve@hbsslaw.com<br><br>Elizabeth A. Fegan<br>Jason A. Zweig<br>Daniel J. Kurowski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>455 W. Cityfront Plaza Drive, Suite 2410<br>Chicago, Illinois 60611<br>Telephone: 708-628-4949<br>Facsimile: 708-628-4950<br>Email: beth@hbsslaw.com<br>jasonz@hbsslaw.com | /s/ Robert N. Kaplan<br>Robert N. Kaplan<br>Gregory K. Arenson<br>Lauren I. Dubick<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>(212) 687-1980<br>Email: rkaplan@kaplanfox.com<br>garenson@kaplanfox.com<br>ldubick@kaplanfox.com<br><br>*Counsel for Direct Purchaser Plaintiffs Guay Brothers Company and Advance Diesel Service* |

6

| | |
|---|---|
| dank@hbsslaw.com<br><br>*Counsel for Indirect Purchaser Plaintiffs Raccoon Valley Transport, Inc. and Audrias Labaciuskas* | |
| /s/ Daniel C. Hedlund<br>Daniel C. Hedlund<br>Daniel E. Gustafson<br>Jason S. Kilene<br>Daniel J. Nordin<br>GUSTAFSON GLUEK PLLC<br>120 South 6th Street<br>Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612)333-8844<br>Facsimile: (612)339-6622<br>Email: dgustafson@gustafsongluek.com<br>jkiline@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>dnordin@gustafsongluek.com<br><br>Alexander E. Barnett<br>COTCHETT, PITRE & MCCARTHY, LLP<br>40 Worth Street, 10th Floor<br>New York, NY 10013<br>Tel: (212) 201-6820<br>Fax: (646) 219-6678<br>Email: abarnett@cpmlegal.com<br><br>Steven N. Williams<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>Email: swilliams@cpmlegal.com<br><br>Simon B. Paris<br>Patrick Howard<br>SALTZ, MONGELUZZI, BARRETT & BENEDESKY, P.C.<br>1650 Market Street, 52nd Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 496-8282<br>Facsimile: (215) 496-0999<br>Email: sparis@smbb.com<br>phoward@smbb.com | /s/ Solomon B. Cera<br>Solomon B. Cera<br>CERA LLP<br>595 Market Street, Suite 2300<br>San Francisco, California 94105<br>Telephone: (415) 777-2230<br>Email: scera@cerallp.com<br>cdirksen@cerallp.com<br><br>C. Andrew Dirksen<br>CERA LLP<br>Prudential Tower<br>800 Boylston Street, 16th Floor<br>Boston, MA 02199<br>Telephone: (857) 453-6555<br>Email: cdirksen@cerallp.com<br><br>Jeffrey A. Klafter<br>KLAFTER OLSEN & LESSER LLP<br>Two International Drive, Suite 350<br>Rye Brook, NY 10573<br>Telephone: (914) 934-9200<br>Email: jak@klafterolsen.com<br><br>*Counsel for Direct Purchaser Plaintiffs Trailercraft Inc. and Advance Diesel Service* |

| | |
|---|---|
| Patrick W. Michenfelder<br>GRIES LENHARDT MICHENFELDER ALLEN P.L.L.P.<br>12725 43rd Street NE, Suite 201<br>St. Michael, Minnesota 55376<br>Telephone: (763) 497-3099<br>Facsimile: (763) 497-3639<br>Email: pat@glmalaw.com<br><br>*Counsel for Indirect Purchaser Plaintiff Davidson Transfer LLC* | |
| /s/ *Andrew J. Frackman*<br>Andrew J. Frackman<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2017<br>Facsimile: 212-326-2061<br>Email: afrackman@omm.com<br><br>*Counsel for Espar Inc., Espar Products, Inc., and Espar North America, Inc.* | /s/ *John Clayton Everett*<br>John Clayton Everett<br>MORGAN, LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 739-3000<br>Facsimile: 202-739-3001<br>Email: jeverett@morganlewis.com<br><br>*Counsel for Defendants Webasto Products North America, Inc., and Webasto Thermo & Comfort North America, Inc.* |

8