UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE PARKING HEATERS ANTITRUST
LITIGATION                                               ORDER

                                                                                 15-MC-0940 (JG) (JO)

This document relates to:
ALL CASES
-----------------------------------------------------------X

JAMES ORENSTEIN, Magistrate Judge:

        Attorney Michael F. Tubach, Esq. is permitted to argue or try this case in whole or in part as counsel or advocate. By August 12, 2015, Mr. Tubach shall register for ECF. Registration is available online at the EDNY's homepage. Once registered, Mr. Tubach shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Mr. Tubach shall also ensure that the $150 admission fee be submitted to the Clerk's Office.

        SO ORDERED.

Dated:  Brooklyn, New York
            August 5, 2015

                                                                 /s/
                                              JAMES ORENSTEIN
                                              U.S. Magistrate Judge